# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DATATERN, INC.,**<br><br>        Plaintiff,<br><br>v.<br><br>**MICROSTRATEGY INC. et al.,**<br><br>        Defendants. | Civil Action Nos.<br>11-cv-11970-FDS (Lead)<br>11-cv-12220-FDS (Consolidated)<br>11-12024<br>11-12025<br>11-12026<br>11-12223<br>11-12225<br>11-12227 |

## ORDER OF DISMISSAL UNDER FED. R. CIV. P. 41(a)(2) AND RETAINER OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT

It is hereby ORDERED:

1. The above-captioned cases are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

2. This Court will retain jurisdiction to enforce the terms of the settlement agreement entered into between MicroStrategy, DataTern, and Amphion, dated May 20, 2019.

SO ORDERED this <u>11th</u> day of <u>June</u>, 2019

                                                             /s/ F. Dennis Saylor
                                                           _____
                                                           F. Dennis Saylor
                                                           United States District Judge